**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank D. Barnes Jr.  　　　　　　　　　　　　　　CHAPTER 13
　　　　　Sandra L. Barnes a/k/a Sandy
Barnes f/d/b/a The Freebie Exhange　　　　　　　　　BKY. NO. 22-20417 JAD
　　　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of Reliant Income Fund, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ **Brian C. Nicholas**
　　　　　　　　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　　　　　　　　26 May 2022, 13:03:31, EDT

　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq. (317226)　　☐
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com