Form RSC13

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−20417−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank D. Barnes Jr.<br>653 Beaver Dam Road<br>New Galilee, PA 16141 | Sandra L. Barnes<br>aka Sandy Barnes, fdba The Freebie Exchange<br>653 Beaver Dam Road<br>New Galilee, PA 16141 |

Social Security No.:
  xxx−xx−1316                                         xxx−xx−9344

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>July 11, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>July 11, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/7/22                                          BY THE COURT

                                                       Jeffery A. Deller
                                                       Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20417-JAD |
| Frank D. Barnes, Jr. | Chapter 13 |
| Sandra L. Barnes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 07, 2022 | Form ID: rsc13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank D. Barnes, Jr., Sandra L. Barnes, 653 Beaver Dam Road, New Galilee, PA 16141-3305 |
| cr | + | Partners for Payment Relief DE IV, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Wilmington Savings Fund Society, FSB as Owner Trus, Hill Wallack LLP, 21 Roszel Road, Princeton, NJ 08540-6669 |
| 15478122 | #+ | Luther Appliance & Furniture, 129 Oser Ave Ste A, Hauppauge, NY 11788-3813 |
| 15461108 | + | Reliant Income Fund LLC & & Fay Serv., c/o Hill Wallack LLP, 777 Township Line Rd., Suite 250, Morrisville, PA 19067-5565 |
| 15481694 | | Reliant Income Fund, LLC, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15461109 | + | Rushmore Loan Managment, c/o Hladik Onorato & Federman, 298 Wissahickon Ave., North Wales, PA 19454-4156 |
| 15468133 | | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15480081 | + | Wilmington Savings Fund Society, FSB, AMIP Management LLC, PO Box 2741, Seal Beach, CA 90740-1741 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:45:51 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15480435 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 23:56:05 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15461107 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 07 2022 23:45:51 | Exeter Finance, PO Box 166008, Irving, TX 75016-6008 |
| 15479009 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 07 2022 23:45:51 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 15475955 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 07 2022 23:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15462088 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 23:56:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15472624 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 07 2022 23:47:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15472206 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2022 23:47:00 | Quantum3 Group LLC as agent for, Sadino |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15478123 | + | Email/Text: asmith@securitycreditservicesllc.com | Jun 07 2022 23:47:00 | Security Credit Services, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 15478124 | + | Email/Text: asmith@securitycreditservicesllc.com | Jun 07 2022 23:47:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15468133 | ^ | MEBN | Jun 07 2022 23:44:02 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15478125 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 07 2022 23:47:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15478126 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 07 2022 23:47:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Reliant Income Fund, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Reliant Income Fund  LLC bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB as Owner Trustee of the Residential Credit Opportunities Trust VI-A eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth Steidl | on behalf of Debtor Frank D. Barnes  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Sandra L. Barnes julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2      User: auto      Page 3 of 3

Date Rcvd: Jun 07, 2022      Form ID: rsc13      Total Noticed: 23

                cmecf@chapter13trusteewdpa.com

TOTAL: 6