IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20417  JAD |
| Frank D. Barnes, Jr. | : | Chapter 13 |
| Sandra L. Barnes | : | Related to Docket No. 39 |
| Debtors | : | |
| | : | |
| Frank D. Barnes, Jr. | : | |
| Sandra L. Barnes | : | |
| Movants | : | |
| | : | |
| v. | : | |
| Wilmington Savings Fund Society, FSB | : | |
| ℅ AMIP Management LLC | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 23, 2022, a true and correct copy of the *Loss Mitigation Order dated June 22, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Frank D. Jr. & Sandra L. Barnes
653 Beaver Dam Road
New Galilee, PA 16141

Elizabeth K. Holdren
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08543

Wilmington Savings Fund Society, FSB
℅ AMIP Management LLC
PO Box 2741
Seal Beach, CA 90740

Date of Service: June 23, 2022

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No. 34965
ken.steidl@steidl-steinberg.com