

UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania
5414 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

ATTN: Clerk

June 22, 2022

RE: Frank & Sandra Barnes          CASE #22-20417

RE: LUTHER APPLIANCE & FURNITURE SALES ADDRESS CHANGE

**BOTH NOTICES & PAYMENTS**

Dear Clerk of the Court,

Please be advised that Luther Appliance & Furniture Sales has relocated.

Old Address:    129 Oser Avenue, Hauppauge, NY 11788

**New Address:   99 Sunnyside Blvd., Suite 101, Woodbury, NY 11797**

Thank you for your attention in this matter.

Sincerely,

MICHAEL MOROLLA
Legal Director
LUTHER APPLIANCE & FURNITURE SALES LEGAL DEPARTMENT

RECEIVED
JUN 28 2022
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA