**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-20417 JAD |
| | ) | Chapter 13 |
| Frank D. Barnes Jr., | ) | FILED |
| Sandra L. Barnes, | ) | 6/30/22 2:12 pm |
| *Debtors* | ) | CLERK |
| | ) Docket No. 28 | U.S. BANKRUPTCY |
| | ) | COURT - WDPA |
| Frank D. Barnes Jr., | ) | |
| Sandra L. Barnes, | ) | |
| *Movants* | ) | Related to Claim No. 11 |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC, ℅ Resurgent Capital, | ) | |
| *Respondent* | ) | |

### ORDER OF COURT

AND NOW, to wit this ___30th___ day of _____June_____, 2022, upon consideration of the Debtor's Objection to Claim No. 11 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 11 filed by the above captioned Respondent is disallowed in its entirety; and,

2. No fees, costs or charges shall be allowed against the debtor for defending this objection.



_____ J
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Frank D. Barnes, Jr.  
Sandra L. Barnes  
    Debtors

Case No. 22-20417-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jun 30, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank D. Barnes, Jr., Sandra L. Barnes, 653 Beaver Dam Road, New Galilee, PA 16141-3305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15462088 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2022 00:12:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Reliant Income Fund LLC bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society FSB as Owner Trustee of the Residential Credit Opportunities Trust VI-A eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth Steidl | on behalf of Debtor Frank D. Barnes Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 30, 2022 | Form ID: pdf900 | Total Noticed: 2 |

eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl

on behalf of Joint Debtor Sandra L. Barnes julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6