IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-20417 JAD |
| | ) | Chapter 13 |
| Frank D. Barnes Jr., | ) | |
| Sandra L. Barnes, | ) | |
|    *Debtors* | ) | Related to Docket No. 43 |
| | ) | |
| Frank D. Barnes Jr., | ) | |
| Sandra L. Barnes, | ) | |
|    *Movants* | ) | Related to Claim No. 10 |
| | ) | |
| vs. | ) | |
| | ) | |
| CACH, LLC, | ) | |
|    *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 8, 2022, a true and correct copy of the *Order of Court dated June 30, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

CACH, LLC
c/o Resurgent Capital Services
Attn: Darla Gein, Claims Processor
Po Box 10587
Greenville, SC 29603-0587

Frank D. Barnes, Jr.
653 Beaver Dam Road
New Galilee, PA 16141


**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee


Date of Service: July 8, 2022                       /s/ Kenneth Steidl
                                                               Kenneth Steidl, Esquire
                                                               Attorney for the Debtors

                                                               STEIDL & STEINBERG
                                                               Suite 2830, Gulf Tower
                                                               707 Grant Street
                                                               Pittsburgh, PA 15219
                                                               (412) 391-8000
                                                               ken.steidl@steidl-steinberg.com
                                                               PA I.D. No. 34965