IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20417 JAD |
| Frank D. Barnes, Jr. | : | Chapter 13 |
| Sandra L. Barnes | : | Related to Docket No. 56 |
| Debtors | : | |
| | : | |
| Frank D. Barnes, Jr. | : | |
| Sandra L. Barnes | : | |
| Movants | : | |
| | : | |
| v. | : | |
| Wilmington Savings Fund Society, FSB | : | |
| ℅ AMIP Management LLC | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>July 19, 2022</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>Electronic Notification</u>.

EXECUTED ON:


Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

                                        By: Kenneth Steidl, Esquire
                                        Attorney for the Debtor

                                        STEIDL & STEINBERG
                                        707 Grant Street
                                        Suite 2830, Gulf Tower
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        Ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965

**PAWB Local Form 7 (07/13)**