IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20417  JAD |
| Frank D. Barnes, Jr. | : | Chapter 13 |
| Sandra L. Barnes | : | Related to Docket No. 39, 49 |
| Debtors | : | |
| | : | Doc. # 55 |
| Frank D. Barnes, Jr. | : | FILED |
| Sandra L. Barnes | : | 7/18/22 1:30 pm |
| Movants | : | CLERK |
| | : | U.S. BANKRUPTCY |
| v. | : | COURT - WDPA |
| Wilmington Savings Fund Society, FSB | : | |
| % AMIP Management LLC | : | |
| Respondent | : | |

## INTERIM MORTGAGE MODIFICATION ORDER

On June 7, 2022 the above named Debtor(s) and Respondent Wilmington Savings Fund Society, FSB ("Creditor") entered into a trial modification (the "Trial Modification"), outside the Court's *Loss Mitigation Program* (LMP), with respect to the First mortgage on the Debtor's residence. The terms of the Trial Modification require monthly payments in the amount of $1,372.00 ("Trial Payments") to begin on July 1, 2022 and to continue in that amount until July 1, 2023 (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this __18th__ **day of** __July__ , **20**22 , for the foregoing reasons it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1)    The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the

Amount of $1,372.00 for the following months: July 1, 2022-July 1, 2023 Following the Trial

Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as

the Trial Payments until further Order of Court.

(2)     In the event that a Permanent Modification is reached between the Parties, the

Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with

*W.PA.LBR 9020-6(d)*.

(3)     The LMP Period is extended until fourteen (14) days after the expiration of the

Trial Modification Period.  If the Debtor has not filed a *Motion to Authorize the Loan Modification*

within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall

*immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to

*W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR*

*9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4)     Any Party may seek a further hearing regarding the amendment or termination of

this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5)     Within three (3) days of entry of this *Order*, Debtor shall serve this *Order*

electronically     on     the     Chapter     13     Trustee     at     the     following     email     address:

**LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United

States Mail for service of this *Order* on the Chapter 13 Trustee.  The Debtor(s) Certificate of Service

shall reflect service upon the above identified email address.

_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

Case administrator to serve:
     Debtor(s)
     Counsel for Debtor(s)
     [Counsel for Creditor]
     Ronda J. Winnecour, Esq. Ch 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 22-20417-JAD

Frank D. Barnes, Jr.                                                              Chapter 13

Sandra L. Barnes

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Jul 18, 2022                    Form ID: pdf900                            Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank D. Barnes, Jr., Sandra L. Barnes, 653 Beaver Dam Road, New Galilee, PA 16141-3305 |
| cr | + | Wilmington Savings Fund Society, FSB as Owner Trus, Hill Wallack LLP, 21 Roszel Road, Princeton, NJ 08540-6669 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Reliant Income Fund  LLC bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB as Owner Trustee of the Residential Credit Opportunities Trust VI-A eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth Steidl | on behalf of Debtor Frank D. Barnes  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Sandra L. Barnes julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

District/off: 0315-2                                      User: auto                                                      Page 2 of 2

Date Rcvd: Jul 18, 2022                           Form ID: pdf900                                        Total Noticed: 2

eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee

                 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

                 cmecf@chapter13trusteewdpa.com

TOTAL: 6