**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br>Frank D. Barnes, Jr.<br>Sandra L. Barnes aka Sandy Barnes fdba The Freebie Exchange<br>　　　　Debtors | CHAPTER 13<br><br>CASE NO.: 22-20417-JAD<br><br>HEARING DATE: October 26, 2022 |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A<br>Creditor/Movant | TIME:  10:00am<br><br>LOCATION: Zoom Video Conference |
| v.<br>Frank D. Barnes, Jr.<br>Sandra L. Barnes aka Sandy Barnes fdba The Freebie Exchange<br>　　　　Respondents | |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VI-A FOR AN ORDER VACATING THE JULY 18, 2022 INTERIM MORTGAGE MODIFICATION ORDER AND GRANTING RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(a) TO PERMIT MOVANT TO COMMENCE OR CONTINUE FORECLOSURE PROCEEDINGS ON 653 BEAVER DAM ROAD, NEW GALILEE, PA 16141**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 20, 2022 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing

{06357276; 1}

may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Video Conference Hearing will be held on **October 26, at 10:00am** before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: September 30, 2022

By: /s/ Elizabeth K. Holdren<br>**Elizabeth K. Holdren, Esq.**

{06357276; 1}

**Attorney ID 78948**
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
Telephone 609-734-6345
Facsimile 609-452-1888
Email: eholdren@hillwallack.com

{06357276; 1}